# THE WEITZ LAW FIRM, P.A.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2021
```

July 14, 2021

**VIA CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

      Re:    Vuppala v. Yip Yick Ming Rest. Inc. d/b/a Yip's, et al.
             Case 1:21-cv-04429-AT

Dear Judge Torres:

The undersigned represents the Plaintiff in the above-captioned case matter.

Per the Initial Pretrial Scheduling Order [D.E. 9], the parties are directed to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order by July 16, 2021. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 10 & D.E. 11].

As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment for parties to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order.

Thank you for your consideration of this first adjournment request.

                Sincerely,

                By: /S/  B. Bradley Weitz

GRANTED. By **August 16, 2021**, the parties shall submit a joint letter and case management plan.

SO ORDERED.

Dated: July 15, 2021
       New York, New York

                              ANALISA TORRES
                        United States District Judge